| | |
|---|---|
| 1 | Gina Fazio, Esq. #225178 |
| | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
| | Fresno, California 93729 |
| 3 | (559) 264-2800 |
| 4 | Attorney for Plaintiff |



FILED

DEC 2 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

ANA ORELLANA,                )
                             )   1:06-CV-1166 OWW TAG
         Plaintiff,          )
                             )   STIPULATION AND ORDER
    vs.                      )
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
         Defendant.          )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 29, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, August 29, 2006, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

1  Dated: December 26, 2006            /s/ Gina Fazio

2                                       GINA FAZIO,
                                        Attorney for Plaintiff.
3
   Dated: December 26, 2006
4                                       MCGREGOR SCOTT
                                        United States Attorney
5
                                        By: /s/ Kristi C. Kapetan
6                                       (as authorized via facsimile)
                                        KRISTI C. KAPETAN
7                                       Assistant U.S. Attorney

8     IT IS SO ORDERED.
9  Dated: 12/29/2006

10                                      THERESA A. GOLDNER
                                        United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28