**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA ORELLANA,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:06-cv-01166 OWW TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

    Plaintiff Ana Orellana ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

    This Court issued its September 1, 2006, Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"). The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Doc. 8).

    On November 30, 2006, the SSA filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 12). On December 29, 2006, the Court entered an order, pursuant to stipulation, granting Plaintiff until January 29, 2007, to serve her confidential brief. (Doc. 16). The Court calculates that, with the thirty-day extension of time, the deadline under the Scheduling Order (Doc. 8) for Plaintiff to file her opening brief was April 4, 2007. Plaintiff has filed no opening brief in compliance with this Court's orders.

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1    Accordingly, this Court ORDERS Plaintiff, no later than May 17, 2007, to show cause in
2 writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's
3 failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this
4 Order to Show Cause if Plaintiff files and serves her opening brief no later than May 14, 2007.
5    **Plaintiff is admonished that failure to timely comply with this order will result in a**
6 **recommendation to dismiss this action.**

8 IT IS SO ORDERED.
9 Dated:   **April 23, 2007**                                    **/s/ Theresa A. Goldner**
                                                                  UNITED STATES MAGISTRATE JUDGE