**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA ORELLANA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant.<br>_____/ | Case No.  1:06-cv-01166 OWW TAG<br><br>ORDER VACATING ORDER<br>TO SHOW CAUSE<br>(Doc. 17). |

Plaintiff Ana Orellana ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act. On April 23, 2007, upon noting that Plaintiff had yet to file her opening brief, this Court issued an Order to Show Cause why Sanctions Should not be Imposed for Failure to File Opening Brief ("OSC"). (Doc. 17). The OSC provided that, if Plaintiff filed her brief on or before May 17, 2007, the Court would vacate the OSC. (Id.). On May 13, 2007, Plaintiff filed an opening brief. (Doc. 18).

Good cause appearing, it is HEREBY ORDERED that

The April 23, 2007, Order To Show Cause (Doc. 17), is VACATED.

IT IS SO ORDERED.

Dated:　**May 15, 2007**　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1