# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ORELLANA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:06-cv-01166 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 27)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF ANA ORELLANA AND TO CLOSE THIS MATTER |

Plaintiff Ana Orellana ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 2). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On February 12, 2008, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed on or before March 3, 2008. (Doc. 27). To date, the parties have not filed any objections. (See Dkt. Sheet).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations filed on February 12, 2008, to be supported by the record and by the Magistrate Judge's analysis.

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 12, 2008 (Doc. 27), are ADOPTED IN FULL; and

2. The Plaintiff's Social Security complaint is DENIED; and

3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff Ana Orellana, and to close this action

IT IS SO ORDERED.

**Dated:   March 10, 2008**             /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE